IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM P. JACKSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) **2:05cv1028** ) **Electronic Filing** ) |
| FRANK D. GILLIS, and THE DISTRICT ATTORNEY OF THE COUNTY OF ALLEGHENY, and THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, | ) Judge Cercone ) Magistrate Judge Caiazza ) ) ) ) |
| Respondents. | ) |

### MEMORANDUM ORDER

William P. Jackson's Petition for Writ of Habeas Corpus was received by the Clerk of Court on July 27, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on March 24, 2006, recommended that the Petition for Writ of Habeas Corpus filed by William P. Jackson be dismissed without prejudice and that a certificate of appealability be denied.

The parties were allowed ten days from the date of service to file objections. Service was made on the Petitioner by First Class United States Mail delivered to the State Correctional Intuition at Coal, Coal Township, Pennsylvania, where he is

incarcerated and on the Defendant. No objections have been filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this **27Th** day of April, 2006,

IT IS HEREBY ORDERED the that the Petition for Writ of Habeas Corpus filed by William P. Jackson is dismissed without prejudice and that a certificate of appealability is denied.

The Report and Recommendation of Magistrate Judge Caiazza, (Document No. 24), dated March 24, 2006, is adopted as the opinion of the court.

David Stewart Cercone
United States District Judge

Dated: **4-27-06**

cc: William P. Jackson, FN-6112
    SCI Coal Township
    1 Kelley Drive
    Coal Township, PA 17866

    Rusheen R. Pettit, Esquire
    Office of the District Attorney
    401 Allegheny County Courthouse
    Pittsburgh, PA 15219